UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHUDIER K. BANGUOT,<br><br>                         Plaintiff,<br><br>    v.<br><br>C. SHIELDS, Deportation Officer of Immigration and Customs Enforcement,<br><br>                         Defendant. | CASE NO. C22-5174-RAJ-MLP<br><br>REPORT AND RECOMMENDATION |

On March 21, 2022, Plaintiff Chudier Banguot submitted a civil complaint to this Court for filing together with an application to proceed *in forma pauperis* ("IFP"). (Dkt. ## 1, 1-1.) Plaintiff was at that time in the custody of U.S. Immigration and Customs Enforcement ("ICE"), and he was confined at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. (*See* dkt. # 1-1 at 1.) Plaintiff alleged in his complaint that he was being unlawfully detained at NWIPC, and he identified ICE Deportation Officer C. Shields as the lone Defendant in this action. (*See id*. at 3, 5.) On March 25, 2022, the Clerk's Office sent Plaintiff a letter advising him that his IFP application was deficient because he had submitted it on the wrong form. (*See* dkt. # 3.) The Clerk sent that letter to Plaintiff at his address of record, the NWIPC,

REPORT AND RECOMMENDATION
PAGE - 1

and on April 5, 2022, the letter was returned by the post office with a notation indicating Plaintiff was no longer at the facility. To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to LCR 41(b)(2), for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 8, 2022**.

DATED this 15th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2