UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHUDIER K. BANGUOT,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>C. SHIELDS, Deportation Officer of Immigration and Customs Enforcement,<br><br>　　　　　　　　Defendant. | Case No. C22-5174-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

　　(1)　The Report and Recommendation is approved and adopted.

　　(2)　This action is DISMISSED without prejudice, pursuant to LCR 41(b)(2), for failure to prosecute.

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff at his last known address, and to Judge Peterson.

DATED this 18th day of August, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge